**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-27030-SS |
| | § | |
| FREIDMAN & WEXLER, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/29/2011. The undersigned trustee was appointed on 07/06/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $49,213.57

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $42,558.74 |
   | Bank service fees | $1,183.51 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $5,471.32 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/17/2012 and the deadline for filing government claims was 04/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,671.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,671.36, for a total compensation of $5,671.36[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/03/2018                    By:    /s/ David R. Herzog
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 11-27030-SS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | Date Filed (f) or Converted (c): | 06/29/2011 (f) |
| For the Period Ending: | 1/3/2018 | §341(a) Meeting Date: | 08/03/2011 |
| | | Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  General Disbursement Account for Citibank Chase Bank, N.A. | $0.00 | $40,582.50 | | $40,582.50 | FA |
| 2  General Disbursement Account for Ford Motor Credit Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 3  General Disbursement Account for Household Finance Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 4  Misc General Disbursement Account Chase Bank, N.A. | $8,000.00 | $8,000.00 | | $0.00 | FA |
| 5  Operating Account Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 6  Payroll Account Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 7  Trust Account w/ ISAC Bank of America | $1,000,000.00 | $8,631.07 | | $8,631.07 | FA |
| 8  U.S. Auto Title Lenders Unpaid Court Costs | $0.00 | $0.00 | | $0.00 | FA |
| 9  Possible claim against State of Illinois for deconversion fees | $1,000,000.00 | $1,000,000.00 | | $0.00 | FA |
| 10  Collection contracts | Unknown | $0.00 | | $0.00 | FA |
| 11  Office Equipment | $0.00 | $0.00 | | $0.00 | FA |
| 12  Machinery and fixtures | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                           **Gross Value of Remaining Assets**

$2,008,000.00    $1,057,213.57    $49,213.57    $0.00

**Major Activities affecting case closing:**
07/26/2017    Awaiting final tax returns from accountant. Upon filing and acceptance by IRS, will prepare and submit TFR.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | **Current Projected Date Of Final Report (TFR):** | 12/31/2017 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2012 | (1) | Lemle & Kelleher | Computer error for deposit. Re-issue and submit. | 1129-000 | $8,631.07 | | $8,631.07 |
| 07/17/2012 | (1) | DEP REVERSE: Lemle & Kelleher | Computer error for deposit. Re-issue and submit. | 1129-000 | ($8,631.07) | | $0.00 |
| 07/17/2012 | (7) | J. Butler | Turnover of monies held in trust account | 1149-000 | $8,631.07 | | $8,631.07 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.27 | $8,624.80 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.88 | $8,610.92 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.42 | $8,597.50 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.85 | $8,583.65 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.38 | $8,570.27 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.80 | $8,556.47 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.82 | $8,542.65 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.46 | $8,530.19 |
| 03/28/2013 | 1001 | International Sureties | Bond Payment | 2300-000 | | $15.23 | $8,514.96 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.77 | $8,501.19 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.28 | $8,487.91 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.69 | $8,474.22 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.23 | $8,460.99 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.65 | $8,447.34 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.63 | $8,433.71 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.17 | $8,420.54 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.58 | $8,406.96 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.12 | $8,393.84 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.54 | $8,380.30 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.52 | $8,366.78 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.19 | $8,354.59 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.48 | $8,341.11 |
| 04/02/2014 | 1002 | International Sureties | Bond Payment | 2300-000 | | $7.39 | $8,333.72 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.01 | $8,320.71 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.42 | $8,307.29 |
| | | | **SUBTOTALS** | | $8,631.07 | $323.78 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.97 | $8,294.32 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.38 | $8,280.94 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.36 | $8,267.58 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.91 | $8,254.67 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.32 | $8,241.35 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.87 | $8,228.48 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.27 | $8,215.21 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.25 | $8,201.96 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.95 | $8,190.01 |
| 03/20/2015 | 1003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.90 | $8,184.11 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.21 | $8,170.90 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.76 | $8,158.14 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.16 | $8,144.98 |
| 06/26/2015 | (1) | Citibank | Turnover of funds being held on account | 1129-000 | $40,582.50 | | $48,727.48 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.71 | $48,714.77 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.29 | $48,636.48 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.48 | $48,558.00 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.83 | $48,482.17 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.23 | $48,403.94 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.58 | $48,328.36 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.98 | $48,250.38 |
| 01/26/2016 | 1004 | Enterprise Law Group | Attorney compensation per order dated 1/25/15 | 3210-000 | | $42,525.00 | $5,725.38 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.61 | $5,658.77 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,648.77 |
| 03/16/2016 | 1005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.07 | $5,645.70 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.09 | $5,636.61 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.77 | $5,627.84 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.05 | $5,618.79 |
| | | | | **SUBTOTALS** | $40,582.50 | $43,271.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.75 | $5,610.04 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.02 | $5,601.02 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.01 | $5,592.01 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.70 | $5,583.31 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.98 | $5,574.33 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.68 | $5,565.65 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.95 | $5,556.70 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.96 | $5,547.74 |
| 02/16/2017 | 1006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.92 | $5,545.82 |
| 02/16/2017 | 1006 | VOID: Arthur B. Levine Company | Bond payment - wrong proration - void | 2300-003 | | ($1.92) | $5,547.74 |
| 02/16/2017 | 1007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.15 | $5,545.59 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.08 | $5,537.51 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.93 | $5,528.58 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.63 | $5,519.95 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.90 | $5,511.05 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.60 | $5,502.45 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.87 | $5,493.58 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.86 | $5,484.72 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $5,484.72 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $5,618.79 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-27030-SS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $49,213.57 | $49,213.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,484.72 | |
| | | | Subtotal | | $49,213.57 | $43,728.85 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $49,213.57 | $43,728.85 | |

**For the period of 6/29/2011 to 1/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43,728.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,728.85 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**For the entire history of the account between 06/25/2012 to 1/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43,728.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,728.85 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-27030-SS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7710 | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $5,484.72 | | $5,484.72 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.85 | $5,479.87 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.55 | $5,471.32 |
| | | | **TOTALS:** | | $5,484.72 | $13.40 | $5,471.32 |
| | | | Less: Bank transfers/CDs | | $5,484.72 | $0.00 | |
| | | | Subtotal | | $0.00 | $13.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $13.40 | |

| For the period of 6/29/2011 to 1/3/2018 | | For the entire history of the account between 09/15/2017 to 1/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,484.72 | Total Internal/Transfer Receipts: | $5,484.72 |
| | | | |
| Total Compensable Disbursements: | $13.40 | Total Compensable Disbursements: | $13.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.40 | Total Comp/Non Comp Disbursements: | $13.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-27030-SS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7710 | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $49,213.57 | $43,742.25 | $5,471.32 |

**For the period of 6/29/2011 to 1/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $5,484.72 |
| | |
| Total Compensable Disbursements: | $43,742.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,742.25 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**For the entire history of the case between 06/29/2011 to 1/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $5,484.72 |
| | |
| Total Compensable Disbursements: | $43,742.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,742.25 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT                                                                     Page No: 1          Exhibit C

| Case No. | 11-27030-SS | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | | | | | | | Date: | 1/3/2018 |
| Claims Bar Date: | 04/17/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 11/28/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,671.36 | $5,671.36 | $0.00 | $0.00 | $0.00 | $5,671.36 |
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $43,442.23 | $43,442.23 | $0.00 | $0.00 | $0.00 | $43,442.23 |
| **Claim Notes:** | (1-1) Unemployment tax | | | | | | | | | | | |
| 2 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br><br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $43,442.23 | $43,442.23 | $0.00 | $0.00 | $0.00 | $43,442.23 |
| **Claim Notes:** | (2-1) Additional documentation attached to the case. | | | | | | | | | | | |
| 5 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 01/30/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $1,389,531.15 | $1,389,531.15 | $0.00 | $0.00 | $0.00 | $1,389,531.15 |
| 7 | LEMLE & KELLEHER, L.L.P.<br><br>601 Poydras Street, Suite 2100<br>New Orleans LA 70130 | 04/16/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $138,141.02 | $138,141.02 | $0.00 | $0.00 | $0.00 | $138,141.02 |
| **Claim Notes:** | (7-1) Legal fees and expenses(7-2) Legal fees and expenses. | | | | | | | | | | | |

| Case No.: | 11-27030-SS | | | | | | | Trustee Name: | David R. Herzog | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | | | | | | Date: | 1/3/2018 | |
| Claims Bar Date: | 04/17/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $25,929.85 | $25,929.85 | $0.00 | $0.00 | $0.00 | $25,929.85 |
| **Claim Notes:** | (1-1) Unemployment tax | | | | | | | | | | | |
| 2a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $25,929.85 | $25,929.85 | $0.00 | $0.00 | $0.00 | $25,929.85 |
| **Claim Notes:** | (2-1) Additional documentation attached to the case. | | | | | | | | | | | |
| 3 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | 09/30/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $101,141.91 | $101,141.91 | $0.00 | $0.00 | $0.00 | $101,141.91 |
| 5a | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 01/30/2012 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $364,582.00 | $364,582.00 | $0.00 | $0.00 | $0.00 | $364,582.00 |
| 1b | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,175.00 | $2,175.00 | $0.00 | $0.00 | $0.00 | $2,175.00 |
| **Claim Notes:** | (1-1) Unemployment tax | | | | | | | | | | | |
| 2b | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 08/30/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,175.00 | $2,175.00 | $0.00 | $0.00 | $0.00 | $2,175.00 |
| **Claim Notes:** | (2-1) Additional documentation attached to the case. | | | | | | | | | | | |

| Case No. | 11-27030-SS | | | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | | | Date: | 1/3/2018 |
| Claims Bar Date: | 04/17/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | 09/30/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,171.16 | $12,171.16 | $0.00 | $0.00 | $0.00 | $12,171.16 |
| 4 | VW CREDIT, INC.<br>R Scott Alsterda<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago IL 60602 | 01/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,400,000.00 | $1,400,000.00 | $0.00 | $0.00 | $0.00 | $1,400,000.00 |
| 5b | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 01/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 6 | CITY OF CHICAGO<br>c/o Esther Tryban Telser<br>City of Chicago; Dept. of Law<br>30 N. LaSalle; Room 1400<br>Chicago IL 60602 | 04/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,826,210.50 | $11,826,210.50 | $0.00 | $0.00 | $0.00 | 11,826,210.50 |

Claim Notes:   (6-1) diverted funds, penalty for violation of statute and ordinances

| 7a | LEMLE & KELLEHER, L.L.P.<br>601 Poydras Street, Suite 2100<br>New Orleans LA 70130 | 04/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,841.29 | $1,841.29 | $0.00 | $0.00 | $0.00 | $1,841.29 |

Claim Notes:   (7-1) Legal fees and expenses(7-2) Legal fees and expenses.

| 8 | EMPRESS CASINO JOLIET CORPORATION DBA HOLLYWOOD<br>Casino Joliet<br>Gordon Hinckle, Casino Controller<br>777 Hollywood Blvd<br>Joliet IL 60436 | 04/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,673.00 | $54,673.00 | $0.00 | $0.00 | $0.00 | $54,673.00 |

## CLAIM ANALYSIS REPORT

| Case No.: | 11-27030-SS | | | | | | | Trustee Name: | David R. Herzog | | |
| Case Name: | FRIEDMAN & WEXLER, LLC | | | | | | | Date: | 1/3/2018 | | |
| Claims Bar Date: | 04/17/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ILLINOIS STUDENT ASSISTANCE COMMISSION<br>c/o Illinois Attorney General's Office<br>100 W. Randolph St., 13th Floor<br>Chicago IL 60601 | 05/17/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $25,317,065.05 | $25,317,065.05 | $0.00 | $0.00 | $0.00 | 25,317,065.05 |
| 10 | LEWIS CATO<br>5439 West 25th St<br>Cicero IL 60804 | 08/06/2013 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $635,000.00 | $635,000.00 | $0.00 | $0.00 | $0.00 | $635,000.00 |
| | | | | | | $41,390,622.60 | $41,390,622.60 | $0.00 | $0.00 | $0.00 | 41,390,622.60 |

| Case No. | 11-27030-SS | | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | | Date: | 1/3/2018 |
| Claims Bar Date: | 04/17/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $517,583.61 | $517,583.61 | $0.00 | $0.00 | $0.00 | $517,583.61 |
| General Unsecured § 726(a)(2) | $13,300,745.95 | $13,300,745.95 | $0.00 | $0.00 | $0.00 | $13,300,745.95 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $1,614,556.63 | $1,614,556.63 | $0.00 | $0.00 | $0.00 | $1,614,556.63 |
| Tardy General Unsecured § 726(a)(3) | $25,952,065.05 | $25,952,065.05 | $0.00 | $0.00 | $0.00 | $25,952,065.05 |
| Trustee Compensation | $5,671.36 | $5,671.36 | $0.00 | $0.00 | $0.00 | $5,671.36 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     11-27030-SS
Case Name:    FREIDMAN & WEXLER, LLC
Trustee Name: David R. Herzog

Balance on hand:    $5,471.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | $43,442.23 | $43,442.23 | $0.00 | $0.00 |
| 2 | Illinois Department of Employment Security | $43,442.23 | $43,442.23 | $0.00 | $0.00 |
| 5 | Department of the Treasury | $1,389,531.15 | $1,389,531.15 | $0.00 | $0.00 |
| 7 | Lemle & Kelleher, L.L.P. | $138,141.02 | $138,141.02 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $5,471.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $5,671.36 | $0.00 | $5,471.32 |
| Enterprise Law Group, Attorney for Trustee Fees | $42,525.00 | $42,525.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:    $5,471.32
Remaining balance:    $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $0.00

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $517,583.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1a | Illinois Department of Employment Security | $25,929.85 | $0.00 | $0.00 |
| 2a | Illinois Department of Employment Security | $25,929.85 | $0.00 | $0.00 |
| 3 | Illinois Department of Revenue | $101,141.91 | $0.00 | $0.00 |
| 5a | Department of the Treasury | $364,582.00 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,300,745.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1b | Illinois Department of Employment Security | $2,175.00 | $0.00 | $0.00 |
| 2b | Illinois Department of Employment Security | $2,175.00 | $0.00 | $0.00 |
| 3a | Illinois Department of Revenue | $12,171.16 | $0.00 | $0.00 |
| 4 | VW Credit, Inc. | $1,400,000.00 | $0.00 | $0.00 |
| 5b | Department of the Treasury | $1,500.00 | $0.00 | $0.00 |
| 6 | City of Chicago | $11,826,210.50 | $0.00 | $0.00 |
| 7a | Lemle & Kelleher, L.L.P. | $1,841.29 | $0.00 | $0.00 |
| 8 | Empress Casino Joliet Corporation DBA Hollywood | $54,673.00 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $25,952,065.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 9 | Illinois Student Assistance Commission | $25,317,065.05 | $0.00 | $0.00 |
| 10 | Lewis Cato | $635,000.00 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**