**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7** |
| | ) | |
| **FRIEDMAN & WEXLER, LLC** | ) | **Case No. 11-27030** |
| | ) | |
| **Debtor.** | ) | **Hon. Timothy A. Barnes** |

## CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 23rd day of January, 2018.

_/s/ David R. Herzog_
Trustee in Bankruptcy

**SERVICE LIST**

VIA ECF

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

City of Chicago, a municipal corporation
c/o Esther Tryban Telser
30 N. LaSalle
Room 1400
Chicago, IL 60602
etrybantelse@cityofchicago.org

Michael E Friedman
Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654
jgolding@goldinglaw.net

RBS Citizens, N.A., et al.
Jeffrey E Altshul
Carlson Dash LLC
216 S. Jefferson St.
Suite 504
Chicago, IL 60661
jaltshul@carlsondash.com

RBS Citizens, N.A., et al.
Thomas M Lombardo
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
tlombardo@dimontelaw.com

Roberts & Weddle
David T Grisamore
Law Offices Of David T Grisamore
309 W Washington
Ste 500
Chicago, IL 60606
dgriz67@sbcglobal.net

TUCANS, LLC
Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654
jgolding@goldinglaw.net

VW Credit, Inc.
R Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Suite 3500
Chicago, IL 60602
rsalsterda@nixonpeabody.com

Wal-Mart Stores, Inc.
Kimberly J Robinson
Barack Ferrazzano
200 West Madison St.
Suite 3900
Chicago, IL 60606
kim.robinson@bfkn.com

VIA REGULAR MAIL

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346 (17702581)

Empress Casino Joliet Corporation
DBA Hollywood Casino Joliet
Gordon Hinckle, Casino Controller
777 Hollywood Blvd
Joliet, IL 60436

HSBC
26525 N Riverwoods Blvd
Mettawa, IL 60045

Illinois Department of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street 10th Floor
Chicago IL 60603

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Illinois Student Assistance Commission
c/o Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130

Lewis Cato
5439 West 25th St
Cicero, IL 60804

llinois Student Assistance Commission
c/o Faith Dolgin
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601

Michael Friedman
111 N. Canal Street, #885
Chicago, IL 60606

Michael Silver & Assoc.
5750 Old Orchard Road, Suite 200
Skokie, IL 60071

Nationwide Acceptance Corp.
c/o Morrison & Saltz
77 W. Washington, Suite 1611
Chicago, IL 60602

Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606