# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| FRIEDMAN & WEXLER, LLC | ) | Case No. 11-27030 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**AMENDED**
**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on March 7, 2018 at 10:30 a.m., before the Honorable Timothy A. Barnes, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 744, Chicago, IL 60604.


Date Mailed: February 21, 2018           By:  /s/   David R. Herzog
                                                   Trustee


David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7** |
| | ) | |
| **FRIEDMAN & WEXLER, LLC** | ) | **Case No. 11-27030** |
| | ) | |
| **Debtor.** | ) | **Hon. Timothy A. Barnes** |

## CERTIFICATE OF NOTICE

     The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 21st day of February, 2018.

                                                            */s/ David R. Herzog*
                                                            Trustee in Bankruptcy

**SERVICE LIST**

<u>VIA ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
<u>USTPRegion11.ES.ECF@usdoj.gov</u>

City of Chicago, a municipal corporation
c/o Esther Tryban Telser
30 N. LaSalle
Room 1400
Chicago, IL 60602
<u>etrybantelse@cityofchicago.org</u>

Michael E Friedman
Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654
jgolding@goldinglaw.net

RBS Citizens, N.A., et al.
Jeffrey E Altshul
Carlson Dash LLC
216 S. Jefferson St.
Suite 504
Chicago, IL 60661
jaltshul@carlsondash.com

RBS Citizens, N.A., et al.
Thomas M Lombardo
DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068
tlombardo@dimontelaw.com

Roberts & Weddle
David T Grisamore
Law Offices Of David T Grisamore
309 W Washington
Ste 500
Chicago, IL 60606
dgriz67@sbcglobal.net

TUCANS, LLC
Jonathan D. Golding
The Golding Law Offices, P.C.
500 N. Dearborn St., 2nd Fl.
Chicago, IL 60654
jgolding@goldinglaw.net

VW Credit, Inc.
R Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Suite 3500
Chicago, IL 60602
rsalsterda@nixonpeabody.com

Wal-Mart Stores, Inc.
Kimberly J Robinson
Barack Ferrazzano
200 West Madison St.
Suite 3900
Chicago, IL 60606
kim.robinson@bfkn.com

<u>VIA REGULAR MAIL</u>

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346 (17702581)

Empress Casino Joliet Corporation
DBA Hollywood Casino Joliet
Gordon Hinckle, Casino Controller
777 Hollywood Blvd
Joliet, IL 60436

HSBC
26525 N Riverwoods Blvd
Mettawa, IL 60045

Illinois Department of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street 10th Floor
Chicago IL 60603

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Illinois Student Assistance Commission
c/o Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130

Lewis Cato
5439 West 25th St
Cicero, IL 60804

llinois Student Assistance Commission
c/o Faith Dolgin
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601

Michael Friedman
111 N. Canal Street, #885
Chicago, IL 60606

Michael Silver & Assoc.
5750 Old Orchard Road, Suite 200
Skokie, IL 60071

Nationwide Acceptance Corp.
c/o Morrison & Saltz
77 W. Washington, Suite 1611
Chicago, IL 60602

Roberts and Weddle, LLC
111 N Canal Street, #885
Chicago, IL 60606