**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-27030-SS |
| | § | |
| FREIDMAN & WEXLER, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,008,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $49,213.57 | | |

    3)      Total gross receipts of $49,213.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $49,213.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,614,556.63 | $1,614,556.63 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $49,413.61 | $49,413.61 | $49,213.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $517,583.61 | $517,583.61 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $22,120,000.00 | $39,252,811.00 | $39,252,811.00 | $0.00 |
| **Total Disbursements** | $22,120,000.00 | $41,434,364.85 | $41,434,364.85 | $49,213.57 |

4). This case was originally filed under chapter 7 on 06/29/2011. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/21/2018         By:   /s/ David R. Herzog
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| General Disbursement Account for Citibank Chase Bank, N.A. | 1129-000 | $40,582.50 |
| Trust Account w/ ISAC Bank of America | 1149-000 | $8,631.07 |
| **TOTAL GROSS RECEIPTS** | | **$49,213.57** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 4110-000 | $0.00 | $43,442.23 | $43,442.23 | $0.00 |
| 2 | Illinois Department of Employment Security | 4110-000 | $0.00 | $43,442.23 | $43,442.23 | $0.00 |
| 5 | Department of the Treasury | 4110-000 | $0.00 | $1,389,531.15 | $1,389,531.15 | $0.00 |
| 7 | Lemle & Kelleher, L.L.P. | 4110-000 | $0.00 | $138,141.02 | $138,141.02 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,614,556.63** | **$1,614,556.63** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $5,671.36 | $5,671.36 | $5,471.32 |
| Arthur B. Levine Company | 2300-000 | NA | $11.12 | $11.12 | $11.12 |
| International Sureties | 2300-000 | NA | $22.62 | $22.62 | $22.62 |
| Bank of Texas | 2600-000 | NA | $1,170.11 | $1,170.11 | $1,170.11 |
| Green Bank | 2600-000 | NA | $13.40 | $13.40 | $13.40 |
| Enterprise Law Group, Attorney for Trustee | 3210-000 | NA | $42,525.00 | $42,525.00 | $42,525.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$49,413.61** | **$49,413.61** | **$49,213.57** |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Employment Security | 5800-000 | $0.00 | $25,929.85 | $25,929.85 | $0.00 |
| 2a | Illinois Department of Employment Security | 5800-000 | $0.00 | $25,929.85 | $25,929.85 | $0.00 |
| 3 | Illinois Department of Revenue | 5800-000 | $0.00 | $101,141.91 | $101,141.91 | $0.00 |
| 5a | Department of the Treasury | 5800-000 | $0.00 | $364,582.00 | $364,582.00 | $0.00 |
|  | Illinois Department of | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $517,583.61 | $517,583.61 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1b | Illinois Department of Employment Security | 7100-000 | $0.00 | $2,175.00 | $2,175.00 | $0.00 |
| 2b | Illinois Department of Employment Security | 7100-000 | $0.00 | $2,175.00 | $2,175.00 | $0.00 |
| 3a | Illinois Department of Revenue | 7100-000 | $0.00 | $12,171.16 | $12,171.16 | $0.00 |
| 4 | VW Credit, Inc. | 7100-000 | $0.00 | $1,400,000.00 | $1,400,000.00 | $0.00 |
| 5b | Department of the Treasury | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | City of Chicago | 7100-000 | $0.00 | $11,826,210.50 | $11,826,210.50 | $0.00 |
| 7a | Lemle & Kelleher, L.L.P. | 7100-000 | $0.00 | $1,841.29 | $1,841.29 | $0.00 |
| 8 | Empress Casino Joliet Corporation DBA Hollywood | 7100-000 | $0.00 | $54,673.00 | $54,673.00 | $0.00 |
| 9 | Illinois Student Assistance Commission | 7200-000 | $0.00 | $25,317,065.05 | $25,317,065.05 | $0.00 |
| 10 | Lewis Cato | 7200-000 | $0.00 | $635,000.00 | $635,000.00 | $0.00 |
| | llinois Student Assistance Commission | 7100-000 | $22,000,000.00 | $0.00 | $0.00 | $0.00 |
| | Michael Friedman | 7100-000 | $120,000.00 | $0.00 | $0.00 | $0.00 |
| | Michael Silver & Assoc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HSBC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nationwide Acceptance Corp. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Roberts and Weddle, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | VW Credit, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,120,000.00 | $39,252,811.00 | $39,252,811.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-27030-SS | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | Date Filed (f) or Converted (c): | 06/29/2011 (f) |
| For the Period Ending: | 6/21/2018 | §341(a) Meeting Date: | 08/03/2011 |
|  |  | Claims Bar Date: | 04/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | General Disbursement Account for Citibank Chase Bank, N.A. | $0.00 | $40,582.50 | | $40,582.50 | FA |
| 2 | General Disbursement Account for Ford Motor Credit Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 3 | General Disbursement Account for Household Finance Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Misc General Disbursement Account Chase Bank, N.A. | $8,000.00 | $8,000.00 | | $0.00 | FA |
| 5 | Operating Account Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Payroll Account Chase Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Trust Account w/ ISAC Bank of America | $1,000,000.00 | $8,631.07 | | $8,631.07 | FA |
| 8 | U.S. Auto Title Lenders Unpaid Court Costs | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Possible claim against State of Illinois for deconversion fees | $1,000,000.00 | $1,000,000.00 | | $0.00 | FA |
| 10 | Collection contracts | Unknown | $0.00 | | $0.00 | FA |
| 11 | Office Equipment | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Machinery and fixtures | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                         **Gross Value of Remaining Assets**

$2,008,000.00         $1,057,213.57                      $49,213.57                   $0.00

---

**Major Activities affecting case closing:**
07/26/2017    Awaiting final tax returns from accountant. Upon filing and acceptance by IRS, will prepare and submit TFR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 12/31/2017    /s/ DAVID R. HERZOG

DAVID R. HERZOG

| Case No. | 11-27030-SS | | | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2012 | (1) | Lemle & Kelleher | Computer error for deposit. Re-issue and submit. | 1129-000 | $8,631.07 | | $8,631.07 |
| 07/17/2012 | (1) | DEP REVERSE: Lemle & Kelleher | Computer error for deposit. Re-issue and submit. | 1129-000 | ($8,631.07) | | $0.00 |
| 07/17/2012 | (7) | J. Butler | Turnover of monies held in trust account | 1149-000 | $8,631.07 | | $8,631.07 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.27 | $8,624.80 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.88 | $8,610.92 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.42 | $8,597.50 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.85 | $8,583.65 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.38 | $8,570.27 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.80 | $8,556.47 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.82 | $8,542.65 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.46 | $8,530.19 |
| 03/28/2013 | 1001 | International Sureties | Bond Payment | 2300-000 | | $15.23 | $8,514.96 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.77 | $8,501.19 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.28 | $8,487.91 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.69 | $8,474.22 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.23 | $8,460.99 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.65 | $8,447.34 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.63 | $8,433.71 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.17 | $8,420.54 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.58 | $8,406.96 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.12 | $8,393.84 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.54 | $8,380.30 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.52 | $8,366.78 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.19 | $8,354.59 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.48 | $8,341.11 |
| 04/02/2014 | 1002 | International Sureties | Bond Payment | 2300-000 | | $7.39 | $8,333.72 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.01 | $8,320.71 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.42 | $8,307.29 |
| | | | **SUBTOTALS** | | $8,631.07 | $323.78 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | | Trustee Name: | David R. Herzog |
| Case Name: | FRIEDMAN & WEXLER, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.97 | $8,294.32 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.38 | $8,280.94 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.36 | $8,267.58 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.91 | $8,254.67 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.32 | $8,241.35 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.87 | $8,228.48 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.27 | $8,215.21 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.25 | $8,201.96 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.95 | $8,190.01 |
| 03/20/2015 | 1003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.90 | $8,184.11 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.21 | $8,170.90 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.76 | $8,158.14 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.16 | $8,144.98 |
| 06/26/2015 | (1) | Citibank | Turnover of funds being held on account | 1129-000 | $40,582.50 | | $48,727.48 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.71 | $48,714.77 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.29 | $48,636.48 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.48 | $48,558.00 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.83 | $48,482.17 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.23 | $48,403.94 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.58 | $48,328.36 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.98 | $48,250.38 |
| 01/26/2016 | 1004 | Enterprise Law Group | Attorney compensation per order dated 1/25/15 | 3210-000 | | $42,525.00 | $5,725.38 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.61 | $5,658.77 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $5,648.77 |
| 03/16/2016 | 1005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.07 | $5,645.70 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.09 | $5,636.61 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.77 | $5,627.84 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.05 | $5,618.79 |
| | | | **SUBTOTALS** | | $40,582.50 | $43,271.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.75 | $5,610.04 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.02 | $5,601.02 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.01 | $5,592.01 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.70 | $5,583.31 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.98 | $5,574.33 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.68 | $5,565.65 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.95 | $5,556.70 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.96 | $5,547.74 |
| 02/16/2017 | 1006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.92 | $5,545.82 |
| 02/16/2017 | 1006 | VOID: Arthur B. Levine Company | Bond payment - wrong proration - void | 2300-003 | | ($1.92) | $5,547.74 |
| 02/16/2017 | 1007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.15 | $5,545.59 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.08 | $5,537.51 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.93 | $5,528.58 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.63 | $5,519.95 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.90 | $5,511.05 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.60 | $5,502.45 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.87 | $5,493.58 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.86 | $5,484.72 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $5,484.72 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $5,618.79 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 11-27030-SS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7710 | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Estate |
| For Period Beginning: | 6/29/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $49,213.57 | $49,213.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,484.72 | |
| | | | Subtotal | | $49,213.57 | $43,728.85 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $49,213.57 | $43,728.85 | |

**For the period of  6/29/2011 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43,728.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,728.85 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**For the entire history of the account between 06/25/2012 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43,728.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $43,728.85 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-27030-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7710 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $5,484.72 | | $5,484.72 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.85 | $5,479.87 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.55 | $5,471.32 |
| 03/07/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $5,471.32 | $0.00 |
| | | | **TOTALS:** | | $5,484.72 | $5,484.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,484.72 | $0.00 | |
| | | | Subtotal | | $0.00 | $5,484.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,484.72 | |

| For the period of 6/29/2011 to 6/21/2018 | | For the entire history of the account between 09/15/2017 to 6/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,484.72 | Total Internal/Transfer Receipts: | $5,484.72 |
| | | | |
| Total Compensable Disbursements: | $5,484.72 | Total Compensable Disbursements: | $5,484.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,484.72 | Total Comp/Non Comp Disbursements: | $5,484.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6                    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-27030-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FRIEDMAN & WEXLER, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7710 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $49,213.57 | $49,213.57 | $0.00 |

**For the period of 6/29/2011 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $5,484.72 |
| | |
| Total Compensable Disbursements: | $49,213.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49,213.57 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

**For the entire history of the case between 06/29/2011 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $49,213.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $49,213.57 |
| Total Internal/Transfer Receipts: | $5,484.72 |
| | |
| Total Compensable Disbursements: | $49,213.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49,213.57 |
| Total Internal/Transfer Disbursements: | $5,484.72 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG